**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OSCAR LARKINS** | Case No. CV 17-3294 DMG (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **THOMAS J. PRENOVOST JR., et al.,** | |
| Defendants. | |

On July 5, 2017, this Court having granted Defendant's motion to dismiss with prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants Thomas J. Prenovost, Jr., and Prenovost, Noramandin, Bergh and Dawe, and against Plaintiff Oscar Larkins, and that this action is dismissed on the merits.

DATED: July 5, 2017

_Dolly M. Gee_
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-